Submitted June 5, reversed July 22, 2020

In the Matter of K. A. M.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

K. A. M.,
*Appellant.*

Lane County Circuit Court
19CC06165; A172995

469 P3d 867

Clara L. Rigmaiden, Judge.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days, ORS 426.130(1)(a)(C), and prohibiting her from purchasing or possessing firearms, ORS 426.130(1)(a)(D). The trial court found that appellant was a danger to herself and others because of a mental disorder based on evidence that appellant had engaged in combative behavior in resisting involuntary commitment. On appeal, she argues that the record does not contain legally sufficient evidence to support the involuntary commitment. The state concedes that the record is legally insufficient in that regard and that the judgment of commitment should be reversed. We agree and accept the state's concession. *See State v. S. E. R.*, 297 Or App 121, 124, 441 P3d 254 (2019) (reversing mental commitment where there was no evidence that the appellant would be a danger to herself or others outside of a hospital setting). We therefore reverse the commitment judgment and the order prohibiting the purchase or possession of firearms.

Reversed.